**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2096**

In re: DARIUS J. WILLIAMS, a/k/a Nitty,

      Petitioner.

On Petition for Extraordinary Writ.  (7:17-cr-00084-BR-1)

Submitted:  December 22, 2020             Decided:  December 29, 2020

Before NIEMEYER, FLOYD, and RICHARDSON, Circuit Judges.

Petitions denied by unpublished per curiam opinion.

Darius J. Williams, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darius J. Williams has filed a petition and a supplemental petition for an extraordinary writ pursuant to the All Writs Act, 28 U.S.C. § 1651(a). Williams requests in these petitions that this court vacate his conviction for possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). The All Writs Act, however, does not provide a colorable vehicle for Williams' claim. *See Carlisle v. United States*, 517 U.S. 416, 429 (1996). Accordingly, we deny Williams' motion to appoint counsel, his petition, and his supplemental petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*